### 10318. BYRD v. FIRST NATIONAL BANK OF REYNOLDS.

STEPHENS, J. There was evidence to authorize the finding of the jury that the note sued on represented a debt of the defendant and not of her husband, and against the defendant's plea of suretyship for her husband's debt.

         *Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*
                 DECIDED OCTOBER 20, 1919.

Foreclosure of mortgage; from Taylor superior court—Judge Howard. November 16, 1919.

*C. W. Foy,* for plaintiff in error.

---

### 10330. HARRELL v. TAYLOR.

STEPHENS, J. 1. The alleged defect in the affidavit for attachment being one that may be cured by amendment, and no exception thereto having been taken in the court below, it can not be considered here.

2. There was some evidence to support the verdict, and the motion for a new trial being based on the general grounds only, the court did not err in overruling the motion.

         *Judgment affirmed. Jenkins, P. J., and Smith, J., concur.*
                 DECIDED OCTOBER 20, 1919.

Attachment; from city court of Bainbridge—Judge Spooner. January 4, 1919.

*Hartsfield & Conger,* for plaintiff in error.

*W. V. Custer,* contra.